IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN G. WATTS, | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 15-3740 |
| LAWRENCE MAHALLY et al., | : | |
| Respondents. | : | |

## **ORDER**

AND NOW, this 30th day of September, upon consideration of Petitioner's Petition, (Dkt No. 1), the Government's Response thereto, (Dkt No. 10), the Report and Recommendation ("R&R") of the Honorable Richard A. Lloret, United States Magistrate Judge, (Dkt No. 11), and Petitioner's *pro se* objections, (Dkt No. 13), and Petitioner's Motion for leave to amend his habeas Petition, (Dkt No. 15), it is hereby ORDERED that:

1. The Court overrules Petitioner's Objections regarding Claims One and Four, affirms and adopts the Report and Recommendation thereto, and denies Petitioner's request for habeas relief as to Claims One and Four;

2. The Court affirms Petitioner's Objections regarding Claims Two and Three, does not adopt the Report and Recommendation thereto, and grants Petitioner an evidentiary hearing as to Claims Two and Three;

3. The Court denies Petitioner's Motion to amend his habeas petition, (Dkt No 15);

4. The Court appoints Paul J. Hetznecker, Esq. to represent Petitioner;

5. A Status Call is SCHEDULED for all counsel on October 27, 2016 at 12:45pm. Counsel for Petitioner shall initiate the call. The parties shall be prepared to discuss the scheduling of the Evidentiary Hearing.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. DARNELL JONES, II, J.