IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN G. WATTS, | : | |
| *Petitioner*, | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 15-3740 |
| LAWRENCE MAHALLY, et al., | : | |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this 27th day of March, 2017, upon consideration of Petitioner's Petition for Writ of *Habeas Corpus*, the state court record and counsel's briefs and oral arguments, it is hereby **ORDERED** that said Petition is **GRANTED** for the reasons set forth in this Court's accompanying Memorandum. The Commonwealth shall release Petitioner unless the state court holds a new trial within the next six months in a manner not inconsistent with this Court's Memorandum.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.